## Schollenberger, Appellant, *v.* Palo Alto School District.

OPINION BY RICE, P. J., February 20, 1914:

This case was tried with the case of Bensinger against the same defendant, ante, p. 226, and both appeals were argued together. For the reasons stated in that case, the judgment is reversed and the record is remitted with direction to enter judgment for the plaintiff on the verdict.